CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

JAN 28 2016

JULIA C. DUDLEY, CLERK
BY: H McDonald
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| STEPHAN ISSIAH MCCAUL, ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DR. MOSES QUINONES, et al., ) <br> Defendants. ) | Civil Action No. 7:15-cv-00652 <br><br> **MEMORANDUM OPINION** <br><br> By: Hon. Jackson L. Kiser <br> Senior United States District Judge |

Stephan Issiah McCaul, a Virginia inmate proceeding pro se, filed a complaint pursuant to 42 U.S.C. § 1983, naming the Middle River Regional Jail ("Jail") and Dr. Moses Quinones as defendants. This matter is before me for screening, pursuant to 28 U.S.C. § 1915A. After reviewing Plaintiff's submissions, I dismiss any claims against the Jail without prejudice.

The court must dismiss claims alleged against the Jail because the Jail is not amenable to suit via § 1983. See West v. Atkins, 487 U.S. 42, 48 (1988) (recognizing a § 1983 claim must allege the violation of a federal right by a person acting under color of state law); Preval v. Reno, 57 F. Supp. 2d 307, 310 (E.D. Va. 1999) ("[T]he Piedmont Regional Jail is not a "person," and therefore not amenable to suit under 42 U.S.C. § 1983."), aff'd in part and rev'd in part, 203 F.3d 821 (4th Cir. 2000), reported in full-text format at 2000 U.S. App. LEXIS 465, at *3, 2000 WL 20591, at *1 ("The court also properly determined that the Piedmont Regional Jail is not a 'person' and is therefore not amenable to suit under § 1983[.]"). Plaintiff's claim against Dr. Quinones remains pending before the court, and the court shall notify Dr. Quinones of the action.

ENTER: This 28th day of January, 2016.

/s/ Jackson L. Kiser
Senior United States District Judge